DAYLE ELIESON
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar Number 10233
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
phillip.smith@usdoj.gov

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-025-RFB-CWH |
| Plaintiff, | **GOVERNMENT'S MOTION TO UNSEAL CASE** |
| vs. | |
| BRANDON PATRICK HANSON, | |
| Defendant. | |

COMES NOW the United States of America, by and through its attorneys, DAYLE ELIESON, United States Attorney, and PHILLIP N. SMITH, JR., Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the Criminal Indictment (Docket #1) and all subsequent and further proceedings in the above-captioned case.

Dated this the 22nd day of March, 2018.

Respectfully Submitted,

DAYLE ELIESON
United States Attorney

By: /s/ Phillip N. Smith, Jr.
PHILLIP N. SMITH, JR.
Assistant United States Attorney

DAYLE ELIESON
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar Number 10233
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6503 / Fax: (702) 388-6418
phillip.smith@usdoj.gov

Attorney for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-025-RFB-CWH |
| Plaintiff, | **ORDER TO UNSEAL CASE** |
| vs. | |
| BRANDON PATRICK HANSON, | |
| Defendant. | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Indictment filed in the above-captioned case, along with all subsequent and further proceedings, shall be unsealed.

DATED this _ March 27 _, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

2