RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Brandon Patrick Hanson

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON PATRICK HANSON,<br><br>Defendant. | Case No. 2:18-cr-025-RFB-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Brandon Patrick Hanson, that the Sentencing Hearing currently scheduled on November 27, 2018 at 2:30 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to review the presentence investigation report with Mr. Hanson. Additionally, defense counsel needs time to gather mitigation documents.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 14th day of November, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

|   |                                    |                                  |
|---|------------------------------------|----------------------------------|
| 1 | **UNITED STATES DISTRICT COURT**                                      ||
| 2 | **DISTRICT OF NEVADA**                                                ||
| 3 |                                    |                                  |
| 4 | UNITED STATES OF AMERICA,          | Case No. 2:18-cr-025-RFB-CWH     |
| 5 | Plaintiff,                         | **ORDER**                        |
| 6 | v.                                 |                                  |
| 7 | BRANDON PATRICK HANSON,            |                                  |
| 8 | Defendant.                         |                                  |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, November 27, 2018 at 2:30 pm., be vacated and continued to  1/03/19  at the hour of  3 : 00  p.m.; or to a time and date convenient to the court.

DATED this16th day of November, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE