____FILED        ____RECEIVED
____ENTERED      ____SERVED ON
                 COUNSEL/PARTIES OF RECORD

AUG 27, 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDON PATRICK HANSON

Defendant.

Case No.  2:18-cr-00025-RFB-CWH

**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING**

I understand that I have a right to appear in person in court at the revocation hearing in this case scheduled for August 27, 2020. I have been advised of the nature of this proceeding and my right to appear in person. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

_[signature]_ for Brandon Hanson  8/21/2020

Defendant's Signature              (date)

_[signature]_  8/21/2020

Signature of Defendant's Attorney    (date)

_[signature]_  8/27/2020

Judge's Signature              (date)

Raquel Lazo

Printed Name of Defendant's Attorney

RICHARD F. BOULWARE, II  U.S. District Judge

Judge's Printed Name and Title