RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Brandon Patrick Hanson

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-025-RFB-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| BRANDON PATRICK HANSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Brandon Patrick Hanson, that the Revocation Hearing currently scheduled on October 29, 2020 at 11:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.     The new law violation alleged in the petition is still pending in state court. The resolution of the state case will impact the manner in which the parties resolve the petition and proceed at the revocation hearing in this case.

2.      The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 20th day of October, 2020.

RENE L. VALLADARES
Federal Public Defender

*/s/ Raquel Lazo*
By_____
RAQUEL LAZO
Assistant Federal Public Defender

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Allison Reese*
By_____
ALLISON REESE
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

BRANDON PATRICK HANSON,

        Defendant.

Case No. 2:18-CR-025-RFB-CWH

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, October 29, 2020 at 11:00 a.m., be vacated and continued to __January 29, 2021__ at the hour of __11__:__00__ __a__.m.; or to a time and date convenient to the court.

    DATED this 27th day of October, 2020.

                                 RICHARD F. BOULWARE, II
                                 UNITED STATES DISTRICT JUDGE

3