RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Brandon Patrick Hanson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-025-RFB-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** (Second Request) |
| v. | |
| BRANDON PATRICK HANSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Brandon Patrick Hanson, that the Revocation Hearing currently scheduled on January 29, 2021 at 11:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Since the last requested continuance, Mr. Hanson's pending state matter, which is the basis for the new law violation in the instant petition, remains pending. The state attorneys have made progress towards a resolution. Defense counsel understands that there are a few

details to be worked out with respect to the plea agreement. It is anticipated that state case will be resolved in the next month or so.

2.      Additional time is needed for the state matter to be resolved. The resolution of the state case will impact the manner in which the parties resolve the instant petition.

3.      The defendant is in custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 21st day of January 2021.

RENE L. VALLADARES
Federal Public Defender

NICHOLAS A. TRUTANICH
United States Attorney


*/s/ Raquel Lazo*
By_____

RAQUEL LAZO
Assistant Federal Public Defender

*/s/ Allison Reese*
By_____

ALLISON REESE
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-025-RFB-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| BRANDON PATRICK HANSON, | |
| Defendant. | |

　　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, January 29, 2021 at 11:00 a.m., be vacated and continued to ＿April 6, 2021＿＿ at the hour of ＿9_:＿30＿a.m.; or to a time and date convenient to the court.

　　　　DATED this 25th day of January 2021.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE