RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Brandon Patrick Hanson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRANDON PATRICK HANSON,<br><br>  Defendant. | Case No. 2:18-CR-025-RFB-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Brandon Patrick Hanson, that the Revocation Hearing currently scheduled on April 6, 2021 at 9:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.  The parties are close to resolving this matter so as to avoid a revocation hearing on the new law violations alleged in the petition. The parties require additional time to do so.

The parties do not anticipate any further continuance requests absent extraordinary circumstances.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 12th day of March 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|    */s/ Raquel Lazo*<br>By_____ <br>RAQUEL LAZO<br>Assistant Federal Public Defender |    */s/ Allison Reese*<br>By_____ <br>ALLISON REESE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON PATRICK HANSON,<br><br>　　　　Defendant. | Case No. 2:18-CR-025-RFB-CWH<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, April 6, 2021 at 9:30 a.m., be vacated and continued to  April 20, 2021  at the hour of  1 : 00   p .m.; or to a time and date convenient to the court.

　　DATED this 12th day of March 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE